PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DIXIE WEISGARBER, *et al.*, | ) |
| | ) CASE NO. 4:18-CV-2860 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORTH AMERICAN DENTAL GROUP, LLC, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) **ORDER OF DISMISSAL** |

The parties have informed the Court that they have, in principle, reached a settlement in this matter. ECF No. 146. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before September 30, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order. The parties are required to seek Court approval of their settlement pursuant to 29 U.S.C. § 216(b). *See also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982) (judicial approval is required for the settlement of FLSA cases).

Because of the strong presumption of public access to judicial documents and the purposes of the FLSA itself, the parties should file their proposed settlement agreement on the public docket, unless they "can make a substantial showing that their need to seal the agreement outweighs the strong presumption of public access that attaches to such judicial documents." *Green v. Hepaco, LLC*, No. 2:13-CV-2496, 2014 WL 2624900, at *4 (W.D. Tenn. June 12,

(4:18-CV-2860)

2014). If the parties do intend to keep their settlement agreement confidential, they should submit a copy to Judy_Guyer@ohnd.uscourts.gov for the Court's review.

    Finally, the parties are referred to *Garner v. Detroit Diesel Corp.*, 5:20-CV-109, ECF No. 28 (N.D. Ohio Feb. 11, 2021) for an example of what the Court expects from a proposed FLSA settlement agreement.

    IT IS SO ORDERED.


|  September 8, 2021  | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |